IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANTELL WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) :CIVIL ACTION 09-440-KD-M |
| CYNTHIA WHEELER-WHITE, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and no objection having been made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 2, 2010, is adopted as the opinion of this Court. Accordingly, it is **ORDERED** that this action be **DISMISSED** as time-barred.

The undersigned also finds that there are no grounds to appeal this determination.

DONE this 23rd day of February, 2010.

                                              s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**