# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHANTELL WILLIAMS,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 09-440-KD-M |
| **CYNTHIA WHEELER-WHITE,** | ) |
| Respondent. | ) |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Cynthia Wheeler-White and against Petitioner Shantell Williams.

Petitioner is not entitled to a Certificate of Appealability and, therefore, she is not entitled to appeal *in forma pauperis.*

DONE this February 23, 2010.

                                         **s/ Kristi K. DuBose**
                                         **KRISTI K. DuBOSE**
                                         **UNITED STATES DISTRICT JUDGE**